**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 21, 2022.**



In The

# Fourteenth Court of Appeals

***

## NO. 14-21-00677-CV

***

## IN RE VALENTINA LUCAS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CAROLEE DAWN TAYLOR, DECEASED AND MYA TAYLOR, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-01361**

## MEMORANDUM OPINION

Relators Valentina Lucas, Individually and on behalf of The Estate of Carolee Dawn Taylor, deceased and Mya Taylor filed a petition for writ of mandamus and emergency motion for temporary relief in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Ravi K. Sandill, presiding judge of the

127th District Court of Harris County, to vacate the trial court's November 19, 2021 order allowing Wells Fargo Bank, N.A. to interplead Albert Benjamin Simon's estate funds into the registry of the district court.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. Additionally, our November 23, 2021 stay is lifted.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.